# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 0903

VERSUS

HORACE ALEXANDER SMITH                          **NOVEMBER 5, 2021**

---

In Re:     Horace  Alexander  Smith,  applying  for  supervisory
           writs,  19th  Judicial  District  Court,  Parish  of  East
           Baton Rouge, Nos. 03-17-0080, DC-20-662.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

   **WRIT DENIED ON THE SHOWING MADE.**  Relator failed to include
complete  copies  of  the  motion  for  preliminary  examination  and
the motion to recuse, the court's rulings on the motions, a copy
of  the  indictment  and  bill  of  information,  all  pertinent  minute
entries  and/or  transcripts,  and  any  other  portions  of  the
district  court  records  that  might  support  the  claims  raised  in
the  writ  application.  Supplementation  of  this  writ  application
and/or  an  application  for  rehearing  will  not  be  considered.  See
Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.
In  the  event  relator  elects  to  file  a  new  application  with  this
court,  the  application  must  be  filed  on  or  before  January  4,
2022.   Any future filing on this issue should include the entire
contents of this application, the missing items noted above, and
a copy of this ruling.

                              **VGW**
                              **AHP**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
       DEPUTY CLERK OF COURT
           FOR THE COURT